UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID E. AND SUSAN B. HECKERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. C08-0211-JCC <br><br> ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF INDIRECT GIFT |

THIS MOTION having come before this Court pursuant to Plaintiffs' Unopposed Motion for Leave to File a Cross Motion for Summary Judgment on the Issue of Indirect Gift, filed on March 19, 2009 (Dkt. No. 25), and the Court having considered the Motion, it is hereby:

ORDERED that Plaintiffs' Unopposed Motion for Leave to File a Cross Motion for Summary Judgment on the Issue of Indirect Gift is GRANTED. Plaintiffs' cross motion and Defendant's previously filed Motion for Summary Judgment on the Issue of Indirect Gift (Dkt. No. 11) shall be considered concurrently; therefore, the Clerk is DIRECTED to note both motions for consideration on the Court's calendar for April 10, 2009.

DATED: March 24, 2009.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE